IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **SAHARA BURTON, Individually and on Behalf of all Others Similarly Situated** | | **PLAINTIFF** |
| vs. | No. 4:19-cv-307-BRW | |
| **NILKANTH PIZZA, INC., and JENNY PATEL** | | **DEFENDANTS** |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

COMES NOW Plaintiff Sahara Burton ("Plaintiff"), by and through her attorneys Steve Rauls and Josh Sanford of Sanford Law Firm, PLLC, and for her Notice of Acceptance of Offer of Judgment, states and alleges as follows:

1. On July 22, Defendants' counsel emailed Plaintiff's counsel with an offer of judgment in the sum of $5,000.00, plus an award of reasonable attorney's fees and costs. Defendants' Offer of Judgment is attached as Exhibit 1.

2. The deadline to accept the Offer of Judgment is August 5.

3. Plaintiff accepts Defendant's Offer of Judgment for the total sum of $5,000.00, plus a reasonable fee and costs. The parties are in the process of separately negotiating reasonable attorney's fees and costs.[1]

4. If the parties cannot agree on a reasonable fee, Plaintiff will submit a petition for an award of attorney's fees.

---

[1] Under the FLSA, an award of reasonable attorneys' fees and costs to the prevailing party is mandatory. *Fegley v. Higgins*, 19 F.3d 1126, 1134 (6th Cir. 1994); 29 U.S.C. § 216(b).

Page 1 of 2
Sahara Burton, et al. v. Nilkanth Pizza, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-307-BRW
Plaintiff's Notice of Acceptance of Offer of Judgment

Respectfully submitted,

**PLAINTIFF SAHARA BURTON**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

Steve Rauls
Ark. Bar No. 2011170
steve@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 2**
**Sahara Burton, et al. v. Nilkanth Pizza, Inc., et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-307-BRW**
**Plaintiff's Notice of Acceptance of Offer of Judgment**