**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SAHARA BURTON, Individually and on**                               **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

**CASE NO. 4:19-cv-00307-BRW**

**NILKANTH PIZZA, INC., and**                                                 **DEFENDANTS**
**JENNY PATEL**

**DEFENDANTS' OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants offer to allow judgment to be taken against them in favor of Plaintiff Sahara Burton on the following terms:

1. Defendants will pay Plaintiff a sum of $5,000.00, less all required taxes and withholdings, plus costs and a reasonable attorneys' fee accrued to date as determined by the Court. The gross sum of $5,000.00 is inclusive of (a) back pay or wages owed; and (b) any other alleged money damages including compensatory or liquidated damages.

2. This offer of judgment is made for purposes specified in Rule 68 and is not to be construed either as an admission that Defendants are liable in this action or that Plaintiff has suffered any damages. This is an attempt to simply settle the case without the need for further litigation.

3. If this offer is not accepted by Plaintiff in writing within fourteen (14) days after service, it shall be deemed withdrawn, and evidence of this offer will not be admissible except in a proceeding to determine costs or attorneys' fees. If the sum of any judgment or relief awarded to Plaintiff is not more favorable than the offer made, then Plaintiff may not recover her costs and attorneys' fees incurred after the date of this offer pursuant to Rule 68(d). Additionally,

Defendants will seek their costs and attorneys' fees incurred after the date of this offer pursuant to Rule 68(d).

                                                Respectfully submitted,

                                                Brian A. Vandiver
                                                COX, STERLING, McCLURE & VANDIVER, PLLC
                                                8712 Counts Massie Road
                                                North Little Rock, AR 72113
                                                Telephone: (501) 954-8073
                                                bavandiver@csmfirm.com

## **CERTIFICATE OF SERVICE**

      I, Brian A. Vandiver, do hereby certify that a true and correct copy of the foregoing motion was served via email to the following on this 22nd day of July, 2020:

Steve Rauls
Josh Sanford
Sanford Law Firm, PLLC
650 S. Shackleford, Suite 411
Little Rock, AR 72211
steve@sanfordlawfirm.com
josh@sanfordlawfirm.com

                                                Brian A. Vandiver