IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAHARA BURTON, Individually and on**                    **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                    No. 4:19-cv-307-BRW

**NILKANTH PIZZA, INC.,**                    **DEFENDANTS**
**and JENNY PATEL**

## PLAINTIFF'S SUPPLEMENTAL MOTION FOR COSTS AND ATTORNEYS' FEES

Plaintiff Sahara Burton, by and through her attorneys of the Sanford Law Firm, PLLC, for her Supplemental Motion for Costs and Attorneys' Fees, states as follows:

1. Plaintiff brought this case under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*, and the Arkansas Minimum Wage Act (AMWA), Ark. Code Ann. § 11-4-201 *et seq*, to recover unpaid wages.

2. On July 23, 2020, Plaintiff accepted an offer of Judgment from Defendants in the amount of $5,000.00 plus costs and a reasonable attorney's fee. ECF No. 42. On the same date, this Court directed Plaintiff to file her Motion for Costs and Attorney's fees on or before August 6, 2020. ECF No. 43.

3. Plaintiff then sought $8,948.50 in attorneys' fees and $400.00 in costs, for a total of $9,348.50. ECF No. 44.

4. On August 24, 2020, this Court awarded Plaintiff $2,952.50 for her attorneys' fees and $400.00 for costs. ECF No. 48.

5. Plaintiff appealed the Court's award of attorney's fees, and on December 15, 2021, the Eighth Circuit Court of Appeals (hereinafter the "Eighth Circuit") affirmed

Page 1 of 4
Sahara Burton, et al. v. Nilkanth Pizza, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-307-BRW
Plaintiff's Supplemental Motion for Costs and Attorney's Fees

in part and reversed in part this Court's award of attorney's fees. *Burton v. Nilkanth Pizza Inc.*, No. 20-2984, 2021 U.S. App. LEXIS 36974 (8th Cir. Dec. 15, 2021).

6. In reversing in part, the Eighth Circuit specifically found that Plaintiff "had reason to file" her Motions for Summary Judgment for which this Court denied all billing and that this Court's finding that Plaintiff did so only to incur billable hours lacked factual support and constituted an abuse of discretion. *Burton*, 2021 U.S. App. LEXIS 36974 at *8.

7. Further, the Eighth Circuit found that this Court abused its discretion in excluding 1.6 hours related to Plaintiff's opposition to a successful motion for extension of time to file an answer and a successful motion to continue the trial. *Burton*, 2021 U.S. App. LEXIS 36974 at *8.

8. Further, the Eighth Circuit found that this Court provided no factual support for its decision to exclude .2 hours related to assessing whether to oppose a late motion for a jury trial and researching the relevant rules; therefore, excluding this time constituted an abuse of discretion. *Burton*, 2021 U.S. App. LEXIS 36974 at *8.

9. Based on the Eighth Circuit Opinion, this Court should award additional fees to Plaintiff as requested in Plaintiff's previously-filed Motion for Costs and Attorneys' Fees. Specifically, this Court should award a total of 10.7 hours billed by Attorney Rauls related to those items reversed by the Eighth Circuit, for total fees of $1,872.50 (10.7 hours times Attorney Rauls' hourly rate requested herein of $175.00).

10. In addition, Plaintiff incurred fees and costs in prosecuting her successful appeal, and Plaintiff now seeks an award of fees and costs related to the same.

Page 2 of 4
Sahara Burton, et al. v. Nilkanth Pizza, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-307-BRW
Plaintiff's Supplemental Motion for Costs and Attorney's Fees

11. In support of her Motion, Plaintiff attaches and incorporates a Billing Spreadsheet reflecting attorney's fees incurred in relation to the appeal as Exhibit 1, and a Costs Invoice reflecting costs incurred in relation to the appeal as Exhibit 2. Plaintiff also attaches and incorporates the Declaration of Josh Sanford as Exhibit 3 and the Declaration of Robert Steinbuch as Exhibit 4.

12. In addition to those fees to be awarded pursuant to the Eighth Circuit decision in this case, Plaintiff also hereby respectfully requests that this Court award her additional attorneys' fees in the amount of $8,986.00 attributable to work performed by Sanford Law Firm, PLLC, and $7,140.00 attributable to work performed by Attorney Robert Steinbuch, as well as costs in the amount of $505.00.

13. This Motion is further supported by a Memorandum Brief filed contemporaneously herewith and incorporated herein.

WHEREFORE, premises considered, Plaintiff respectfully requests that her Supplemental Petition for Costs and Attorneys' Fees be granted in its entirety, that the Court award Plaintiff $1,872.50 in fees related to Plaintiff's initial Motion for Costs and Attorneys' Fees (ECF No. 44), appellate costs in the amount of $505.00 and appellate fees in the amount of $16,126.00, for a total of $18,503.50, and for all other just and equitable relief to which Plaintiff may be entitled.

Page 3 of 4
Sahara Burton, et al. v. Nilkanth Pizza, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-307-BRW
Plaintiff's Supplemental Motion for Costs and Attorney's Fees

Respectfully submitted,

**PLAINTIFF SAHARA BURTON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Steve Rauls
Ark Bar No. 2011170
steve@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 4 of 4
Sahara Burton, et al. v. Nilkanth Pizza, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-307-BRW
Plaintiff's Supplemental Motion for Costs and Attorney's Fees**