IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAHARA BURTON**     **PLAINTIFF**

vs.     No. 4:19-cv-307-BRW

**NILKANTH PIZZA INC.
and JENNY PATEL**     **DEFENDANTS**

**ARVEST BANK**     **GARNISHEE**

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff (judgment creditor) hereby makes application to the Clerk of the United States District Court for the Eastern District of Arkansas, Central Division, for issuance of a Writ of Garnishment to satisfy a Judgment against Defendants Nilkanth Pizza Inc., and Jenny Patel. In support of this application, the following information is provided:

1. On June 17, 2022, this Court entered a Judgment in favor of Plaintiff against Defendants for $5,000.00 in damages and $4,385.00 in attorneys' fees and costs, for a total of $9,385.00. *See* Judgment, ECF No. 67.

2. As of July 29, 2024, the Judgment remains outstanding in the amount of $9,385.00, plus awarded interest of 2.86% per annum, as follows:

| | |
|---|---|
| Original Judgment (6/17/2022): | $9,385.00 |
| Post-judgment Interest: (accrued 6/17/2022 through 6/13/2024) | $576.16 |
| Balance Due: | $9,961.16 |

Page 1 of 2
Sahara Burton v. Nilkanth Pizza Inc. et al.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-307
Application for Writ of Garnishment

3.      Plaintiff alleges that there is reason to believe that Arvest Bank ("Garnishee") is indebted to one or both Defendants or possesses goods, chattels, moneys, credits, or effects belonging to them.

4.      Therefore, Plaintiff respectfully requests the issuance of the Writ of Garnishment attached to this Application.

Respectfully submitted,

**PLAINTIFF SAHARA BURTON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Sahara Burton v. Nilkanth Pizza Inc. et al.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-307
Application for Writ of Garnishment