IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAHARA BURTON**                                                                                      **PLAINTIFF**

vs.                                           No. 4:19-cv-307-BRW

**NILKANTH PIZZA INC.**
**and JENNY PATEL**                                                                           **DEFENDANTS**

**ARVEST BANK**                                                                                   **GARNISHEE**

## ALLEGATIONS AND INTERROGATORIES

Plaintiff Sahara Burton, by and through her attorneys of Sanford Law Firm, PLLC, hereby states these Allegations and Interrogatories to Garnishee prerequisite to garnishment herein:

## ALLEGATIONS

1.      On June 17, 2022, Plaintiff Sahara Burton was awarded a Judgment against Defendants Nilkanth Pizza Inc. and Jenny Patel, in the amount of $5,000.00 in damages and $4,385.00 in attorneys' fees and costs, for a total of $9,385.00.

2.      The Judgment is now outstanding and in full force and effect. The amount of $9,385.00, plus awarded interest of 2.86% per annum, remains unpaid as of July 29, 2024.

3.      Plaintiff believes that Garnishee is indebted to one or more Defendants or has in its possession goods, moneys, credits, promissory notes, accounts, or effects

belonging to one or more Defendants. Therefore, Plaintiff propounds the following interrogatories to Garnishee:

## **INTERROGATORIES**

1. Do you have in your possession, constructive or actual, on or after the service of the Writ of Garnishment upon you, any goods, chattels, monies, credit, or effects belonging to Nilkanth Pizza Inc. and/or Jenny Patel?

2. If so, what is the nature and value thereof?

Respectfully submitted,

**PLAINTIFF SAHARA BURTON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com