IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

SAHARA BURTON                                                                                          PLAINTIFF

VS.                                           No. 4:19-CV-307-BRW

NILKANTH PIZZA INC. & JENNY PATEL                                                      DEFENDANT

ARVEST BANK                                                                                              GARNISHEE

### ANSWER OF GARNISHEE

COMES NOW ARVEST BANK, garnishee herein, and for its answer to the writ of garnishment and allegations and interrogatories served upon it, states:

1. ARVEST BANK did at the time of service of the writ of garnishment upon it and does at this time hold an account with a balance of $9,961.16 in the names of JENI G PATEL, AVI JIGAR PATEL and JIGAR M PATEL.  NILKANTH PIZZA INC., has not accounts with ARVEST BANK.

2. Other than the funds held in the aforementioned account, ARVEST BANK holds no property or money in which the defendant has any interest, and ARVEST BANK is not otherwise indebted to the defendant.

3. ARVEST BANK, did not at the time of service of the writ of garnishment upon it, or at any time since, have the defendant in its employ.

WHEREFORE, having fully answered, the garnishee, ARVEST BANK, prays that the Court enter an order instructing it as to the disposition of the funds it is currently holding in the amount of $9,961.16 and further prays that upon disposition of said funds in accordance with the order of this Court, the garnishee be discharged, and for all other proper relief.

ARVEST BANK, Garnishee

By: _____
Burton E. Stacy Jr, ABA#94196
Curtis D. Clements, ABA#92135
Hood & Stacy, P.A.
PO Box 271
Bentonville, Arkansas 72712
(479) 273-3377

STATE OF ARKANSAS        )
                        ) SS
COUNTY OF BENTON          )

1

On __8-14-24__ comes before me, a Notary Public for the County and State aforementioned, ARVEST BANK, Garnishee herein, by its attorney and subscribed to this document, swearing under oath that the information set forth in the foregoing answer of Garnishee is true and correct to the best of its knowledge, information, and belief.

My Commission Expires: __8/31/33__    Notary Public

TALIA WEST
Notary Public - Arkansas
Benton County
Commission # 12724379
My Commission Expires Aug 31, 2033

## CERTIFICATE OF MAILING

The undersigned attorney for the garnishee hereby certifies that I have this date mailed a true and correct copy of the foregoing pleading by placing the same in the U. S. Mail, postage prepaid, to:

Jeni G Patel
4601 SW Swinton Dr
Bentonville, AR 72713

Brian A Vandiver, Esq.
8712 Counts Massie Road
North Little Rock, AR 72113

Sanford Law Firm
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211

DATED this __14__ day of August, 2024.

Burton E. Stacy Jr
Curtis D. Clements