IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAHARA BURTON, Individually and on**  **PLAINTIFF**
**Behalf of all Others Similarly Situated**

vs.   No. 4:19-cv-307-BRW

**NILKANTH PIZZA, INC.,**
**and JENNY PATEL**   **DEFENDANTS**

### MOTION FOR ORDER RELEASING WRIT OF GARNISHMENT

COMES NOW Plaintiff Sahara Burton ("Plaintiff"), by and through her attorney Josh Sanford of Sanford Law Firm, PLLC, and for her Motion for Entry of Order Releassing Writ of Garnishment, states and alleges as follows:

1. On July 29, 2024, Plaintiff filed an Application for Writ of Garnishment, stating that on June 17, 2022, this Court entered a $9,385.00 Judgment in favor of Plaintiff against Defendants Nilkanth Pizza, Inc., and *Jenny Patel* and that the amount remained outstanding as of July 29, 2024. See ECF No. 68.

2. The Writ of Garnishment was signed by the U.S. District Court Clerk on August 8, 2024. *See* ECF No. 69.

3. Garnishee Arvest Bank answered the Writ of Garnishment on August 14, 2024, stating that it held an account for a *Jeni G. Patel* holding a balance of $9,961.16 and requesting this Court to enter an order instructing it as to the disposition of said funds. *See* ECF No. 70.

Page 1 of 2
Sahara Burton, et al. v. Nilkanth Pizza, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-307-BRW
Motion for Order Releasing Writ of Garnishment

4. However, Plaintiff's Writ of Garnishment was directed at *Jenny* Patel and not *Jeni G.* Patel.

5. Accordingly, Plaintiff respectfully requests that this Court enter an order to immediately release the garnished sums and dissolve the Garnishment against the account in the name of Jeni G. Patel.

WHEREFORE, Plaintiff respectfully requests that her Motion for Entry of Order Releasing Writ of Garnishment be granted in its entirety, that the Court enter an order releasing the garnished funds held in the account of Jeni G. Patel and dissolving the Writ of Garnishment against her, and for all other just and equitable relief to which Plaintiff may be entitled.

Respectfully submitted,

**PLAINTIFF SAHARA BURTON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Sahara Burton, et al. v. Nilkanth Pizza, Inc., et al.
U.S.D.C. (E.D. Ark.) Case No. 4:19-cv-307-BRW
Motion for Order Releasing Writ of Garnishment